# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3055

_____

United States of America

*Plaintiff - Appellee*

v.

Phillip Gregory Robinson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: March 25, 2015
Filed: March 31, 2015
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Phillip Robinson directly appeals the sentence that the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw, and

_____

[1] The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the within-Guidelines-range sentence is substantively unreasonable.  Robinson has filed a pro se brief, arguing that the court abused its discretion by focusing solely on his criminal history in sentencing him.

Upon review of the record before us, <u>see</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate review of sentencing decision), we conclude that the court carefully considered numerous 18 U.S.C. § 3553(a) sentencing factors, properly explained its rationale for denying a downward variance, and imposed a substantively reasonable sentence, <u>see</u> <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007) (if sentence is within Guidelines range, appellate court may apply presumption of reasonableness); <u>cf.</u> <u>United States v. Gonzalez</u>, 573 F.3d 600, 608 (8th Cir. 2009) (upholding denial of downward variance where court considered sentencing factors and properly explained rationale).  Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly we grant counsel's motion to withdraw, subject to counsel informing appellant about procedures for seeking rehearing or filing a petition for certiorari.  The judgment is affirmed.

_____